FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2017 ★
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MARIE NAPOLI, ESQ.

Plaintiff,

v.

ASSOCIATED NEWSPAPERS, LTD.
c/o The Prentis-Hall Corporation System, Inc.,
TELEGRAPH MEDIA GROUP LIMITED,
and DOMAIN TOOLS,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Case No.: 2:17-CV-05672-SJF-ARL

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Marie Napoli and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) ASSOCIATED NEWSPAPERS, LTD., c/o The Prentis-Hall Corporation System, Inc., TELEGRAPH MEDIA GROUP LIMITED, and DOMAIN TOOLS.

Date: October 6, 2017

Respectfully Submitted,

/s/ Salvatore C. Badala
Salvatore C. Badala (SB2053)
NAPOLI SHKOLNIK PLLC
400 Broad Hollow Road, Ste. 305
Melville, NY 11747
Email: SBadala@napolilaw.com
Tele: (212) 397-1000

*Attorneys for Plaintiff*

The Clerk of the Court is directed to close this case.
So Ordered.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein U.S.D.J
10/6/17